IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELICIA SMART, | No. 4:20-CV-02198 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GEISINGER HEALTH, | |
| Defendant. | |

# ORDER

### DECEMBER 20, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**:

1. Defendant Geisinger Health's Motion for Summary Judgment (Doc. 30) is **GRANTED**.

2. Final Judgment is entered in favor of Geisinger Health and against Plaintiff Felicia Smart.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge